UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNN MICHAEL LaVICTOR,

    Defendants.
_____/

Case No. 2:14-cr-30

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 5, 2014, on an indictment alleging two counts of aggravated sexual abuse, one count of sexual abuse, one count of assault resulting in serious bodily injury and one count of domestic assault - habitual offender.  Defendant was advised that the government had filed a motion for his detention, which was supported by a recommendation for detention by pretrial services, and that the defendant had the right to a detention hearing.  Counsel for defendant indicated they were not prepared to proceed with a detention hearing at this time and reserved the right to request a hearing at a later date.  Accordingly, IT IS HEREBY ORDERED that the defendant will be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant is prohibited from having any contact whatsoever, either directly or indirectly, with the alleged victim, C.B.

IT IS SO ORDERED.

Date:  August 6, 2014

   /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge