UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:14-cr-30

v.

HON. ROBERT HOLMES BELL

MICHAEL LYNN LaVICTOR,

    Defendant.
_____/

## ORDER OF DETENTION

On October 31, 2014, a motion for bond (docket #23) was filed by defendant. A hearing was conducted before the undersigned on November 4, 2014, at which time the government and defendant presented witnesses and exhibits. In accordance with the hearing and for the reasons stated on the record, the defendant shall remain in custody pending further proceedings.

IT IS SO ORDERED.

Date: November 5, 2014

   /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge